## LUTHER GRAY *v.* STATE OF MARYLAND
### [No. 53, October Term, 1937.]

*Decided December 10th, 1937.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Robert Moss,* for the appellant.

*Roscoe C. Rowe, State's Attorney,* and *Albert J. Goodman, Special Assistant State's Attorney,* with whom were *Herbert R. O'Conor, Attorney General,* and *Charles T. LeViness, III, Assistant Attorney General,* on the brief, for the State.

BOND, C. J., delivered the opinion of the Court.